THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Phillip Allen Whitaker, Appellant.
 
 
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2010-UP-166
 Submitted January 4, 2010  Filed February
24, 2010    

APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H.
 Carter, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York,
 for Respondent.
 
 
 

PER CURIAM:  A jury found Phillip Allen Whitaker guilty
 of assault and battery of a high and aggravated nature.  Whitaker argues the trial court erred in not allowing trial
 counsel to review the victim's Department of Social Services file.  After a thorough review of the record,
 counsel's brief, and pro se brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Whitaker's appeal and grant counsel's
 motion to be relieved.[1]  
APPEAL DISMISSED.  
WILLIAMS, PIEPER, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.